THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | | |
|---|---|---|
| **In re:** | * | |
| **BAUSERMAN SERVICE, INC.** | * | Case No. 18-24054-TJC |
| | * | Chapter 11 |
| Debtor. | * | |
| * * * * * * * * | | |
| **BAUSERMAN SERVICE, INC.** | * | Adv. No. 18-00410 |
| Plaintiff, | * | |
| v. | * | |
| **PSM HOLDINGS, LLC** | * | |
| Defendant. | * | |

_____

**MOTION TO STAY ADVERSARY PROCEEDING AND
MOTION FOR PRELIMINARY INJUNCTION AND A TEMPORARY RESTRAINING
ORDER PURSUANT TO 11 U.S.C. § 105(a) AND/OR FOR AN EXTENSION OF THE
AUTOMATIC STAY PURSUANT TO SECTION 362(a) OF THE BANKRUPTCY CODE**

Bauserman Service, Inc. (the "Debtor"), files this Motion to Stay Adversary Proceeding and Motion for Preliminary Injunction and a Temporary Restraining Order Pursuant to 11 U.S.C. § 105(a) and/or for an Extension of the Automatic Stay Pursuant to Section 362(a) of the Bankruptcy Code and, in support thereof, states as follows:

1. On October 29, 2018, the Debtor filed a Complaint Seeking Extension of the Automatic Stay under 11 U.S.C. § 362(a) and for Injunctive Relief Pursuant to 11 U.S.C. § 105(a).

1

2. Contemporaneous with the filing of the Complaint, the Debtor filed the Motion for Preliminary Injunction and a Temporary Restraining Order Pursuant to 11 U.S.C. § 105(a) and/or for an Extension of the Automatic Stay Pursuant to Section 362(a) of the Bankruptcy Code (the "Motion for TRO") [Docket No. 2].

3. A hearing on the Motion for TRO was held on December 19, 2018. Prior to the conclusion of the hearing, the parties reached an agreement in principle that would resolve the Adversary Proceeding and the Motion for TRO.

4. On January 25, 2019, the Debtor filed its Disclosure Statement and Plan of Liquidation [Docket Nos. 46-47].

5. The Debtor's Plan incorporates the settlement reached between the Debtor and PSM Holdings, LLC.

6. If the Plan is ultimately confirmed, the Adversary Proceeding and Motion for TRO would be moot.

7. On January 29, 2019, the Court issued an Order and Notice for Hearing on Disclosure Statement [Docket No. 48].

8. A hearing on the Disclosure Statement is scheduled on March 13, 2019 at 10:30 a.m.[1]

9. The Debtor believes that this matter should be stayed pending consideration of the Debtor's Plan.

10. PSM Holding, LLC consents to this matter being stayed pending the outcome of confirmation.

---

[1] On January 30, 2019, the Debtor filed a Motion to Reconsider the Order and Notice for Hearing on Disclosure Statement and Request for Entry of Order Conditionally Approving Disclosure Statement and Setting Combined Hearing.

2

**WHEREFORE,** Bauserman Service, Inc. respectfully requests that the Adversary Proceeding and Motion for Preliminary Injunction and a Temporary Restraining Order be stayed pending the outcome of confirmation of the Debtor's Plan of Liquidation, and that the Court grant such other and further relief as is just and appropriate.

Date:  February 12, 2019        Respectfully submitted,

MCNAMEE, HOSEA, JERNIGAN, KIM
GREENAN & LYNCH, P.A.

**/s/ Steven L. Goldberg**
Steven L. Goldberg (Fed Bar No. 28089)
James M. Greenan (Fed Bar No. 08623)
6411 Ivy Lane, Suite 200
Greenbelt, Maryland  20770
Telephone:  (301) 441-2420
Facsimile: (301) 982-9450
sgoldberg@mhlawyers.com
jgreenan@mhlawyers.com
*Attorneys for Debtor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 12th day of February, 2019, a true and correct copy of the foregoing Motion has been furnished by electronic transmission to:

Office of the United States Trustee (Jeanne.M.Crouse@usdoj.gov)
Jeanne Crouse
6305 Ivy Lane
Suite 600
Greenbelt, Maryland 20770

Richard Costella (rcostella@milesstockbridge.com)
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, Maryland 21202

                                                               /s/ Steven L. Goldberg
                                                             Steven L. Goldberg